In the Matter of the Claim of CHARLES SWAYBILL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.